UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LISA SIMPSON,

    **Plaintiff,**

  v.                  Case No. 2:20-cv-1985
                          JUDGE EDMUND A. SARGUS, JR.
                          Magistrate Judge Kimberly A. Jolson

IQOR HOLDINGS US
LLC,

    **Defendant.**

## ORDER

    This matter is before the Court on Plaintiff's Unopposed Motion for Voluntary Dismissal Without Prejudice.  (ECF No. 18.)  Plaintiff moves under Fed. R. Civ. P. 41(a)(1)(A)(ii), which allows a plaintiff to dismiss an action through a stipulation signed by all parties who have appeared.  Plaintiff's motion is not signed by counsel for Defendant.  However, because Defendant has not filed an answer or a motion for summary judgment, the Court will construe Plaintiff's motion as a motion under Fed. R. Civ. P. 41(a)(1)(A)(i).  Rule 41(a)(1)(A)(i) permits a plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment.  Accordingly, even though a Court order is not necessary, the Court **GRANTS** Plaintiff's motion.  (ECF No. 18.)  This case is **DISMISSED WITHOUT PREJUDICE**.  The Clerk is **DIRECTED** to close this case.

    IT IS SO ORDERED.

**4/30/2021**                                            *s/Edmund A. Sargus, Jr.*
**DATE**                                                **EDMUND A. SARGUS, JR.**
                                                        **UNITED STATES DISTRICT JUDGE**